

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00269-CV

Andrea **COLLIE**,
Appellant

v.

**IBEX STAFFING SOLUTIONS, INC**.
and Pronto General Agency, Ltd. d/b/a Pronto Insurance,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 376802
Honorable Tina Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellees recover their costs of appeal from appellant.

SIGNED March 11, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice